UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIMMY MACK PENTON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 08-3981 |
| | * | |
| KEVIN GROS CONSULTING | * | SECT. "A" (3) |
| & MARINE SERVICES, INC. | * | |

ANSWER TO COUNTER CLAIM

NOW INTO COURT, through undersigned counsel comes Kevin Gros Consulting & Marine Services, Inc., who answers the Counter Claim filed on behalf of Midstream Fuel Service, L.L.C., with respect avers:

1.

The Counter Claim fails to state a cause of action upon which relief can be granted.

2.

Answering the numbered allegations in the Counter Claim, Kevin Gros Consulting & Marine Services, Inc. denies each and every accusation.

3.

Kevin Gros Consulting & Marine Services, Inc. reaffirms and reavers each and every defense raised in its original answer to the plaintiff.

4.

Kevin Gros Consulting & Marine Services, Inc. denies any responsibility either to the plaintiff or Midstream Fuel Service, L.L.C.

WHEREFORE, after due proceedings had, Kevin Gros Consulting & Marine Services, Inc. prays that the Counter Claim filed against it on behalf of Midstream Fuel Service, L.L.C. be dismissed with prejudice; Kevin Gros Consulting & Marine Services, Inc. further prays for all such other general and equitable relief as the court may deem just under the circumstances.

Respectfully submitted,

   /s/   Rufus C. Harris, III
HARRIS & RUFTY, L.L.C.
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
JILL S. WILLHOFT (#28990)
CINDY GALPIN MARTIN (#25159)
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone:   (504) 525-7500
Facsimile:   (504) 525-7222
Attorneys for Kevin Gros Consulting & Marine
  Services, Inc.

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via facsimile or other electronic transmission, this 1st day of December, 2008.

             /s/   Rufus C. Harris, III
            RUFUS C. HARRIS, III